MAYOR AND ALDERMEN OF CITY OF VICKSBURG v. HENSON. (Circuit Court of Appeals, Fifth Circuit. April 8, 1913. Rehearing Denied April 15, 1913.) No. 2,480. Appeal from the District Court of the United States for the Southern District of Mississippi; Henry C. Niles, Judge. Action between the Mayor and Aldermen of the City of Vicksburg and W. A. Henson, receiver of the Vicksburg Waterworks. From a judgment in favor of the latter, the former appeals. Motion to dismiss appeal overruled, and decree affirmed. George Anderson, O. W. Catchings, and John Brunini, all of Vicksburg, Miss., and Charles Payne Fenner, of New Orleans, La., for appellants. J. C. Bryson and J. Hirsh, both of Vicksburg, Miss., and T. M. Miller, Wm. C. Dufour, and H. Generes Dufour, all of New Orleans, La., for appellee. Before PARDEE and SHELBY, Circuit Judges, and SHEPPARD, District Judge.

PER CURIAM. The motion to dismiss this appeal is overruled. On the merits, a majority of the judges being of opinion that the decree of the Circuit Court in No. 41 of the docket, affirmed by the Supreme Court in Vicksburg v. Vicksburg Waterworks, 202 U. S. 453, 26 Sup. Ct. 660, 50 L. Ed. 1102, 6 Ann. Cas. 253, constitutes an estoppel against the city of Vicksburg in the present suit, the decree appealed from should be, and it is, affirmed.

---

PYLE v. TEXAS TRANSPORT & TERMINAL CO. et al.† (five cases). (Circuit Court of Appeals, Fifth Circuit. April 8, 1913.) Nos. 2,389–2,393. Appeals from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge. Actions by J. A. E. Pyle as trustee in bankruptcy, etc., against the Texas Transport & Terminal Company and others and the Bank de Mulhouse, against the Texas Transport & Terminal Company and others and the Comptoir d'Escompte de Mulhouse, against the Texas Transport & Terminal Company and others and Paul Chardin, against the Texas Transport & Terminal Company and others and the Société Générale, and against the Texas Transport & Terminal Company and others and the Credit Havrais. From decrees in favor of the defendants (192 Fed. 725), plaintiff appeals. Affirmed. Wm. C. Dufour, and H. Generes Dufour, both of New Orleans, La., for appellant. George Denegre, Joseph Paxton Blair, and George H. Terriberry, all of New Orleans, La., for appellees. Before PARDEE and SHELBY, Circuit Judges, and SHEPPARD, District Judge.

PER CURIAM. The appeals in the above numbered and entitled cases are affirmed, on the authority of Lovell v. Newman & Son, 192 Fed. 753, 113 C. C. A. 39, and Hentz & Co. v. Lovell, 192 Fed. 762, 113 C. C. A. 48.

† Rehearing denied June 2, 1913.